FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2019 JUN 19 PM 3: 14

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, )
)
    Plaintiff, ) CRIMINAL NO. 19CR1715 RB
)
vs. ) Counts 1 and 2: 18 U.S.C. § 912: False
) Personation of an Officer or Employee of
**JAMES CHRISTOPHER BENVIE**, ) the United States.
)
    Defendant. )

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about April 15, 2019, in Doña Ana County, in the District of New Mexico, the defendant, **JAMES CHRISTOPHER BENVIE**, falsely assumed and pretended to be an officer and employee acting under the authority of the United States and any department and agency thereof, that is, an Agent of the United States Border Patrol, and, in such assumed and pretended character, acted as such.

In violation of 18 U.S.C. § 912.

### Count 2

On or about April 17, 2019, in Doña Ana County, in the District of New Mexico, the defendant, **JAMES CHRISTOPHER BENVIE**, falsely assumed and pretended to be an officer and employee acting under the authority of the United States and any department and agency thereof, that is, an Agent of the United States Border Patrol, and, in such assumed and pretended character, acted as such.

In violation of 18 U.S.C. § 912.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
RCW
6/14/2019 3:08 PM