AO 442 (Rev. 11/11) Arrest Warrant                    10914620

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO
2019 JUN 24 AM 10: 4
CLERK-LAS CRUCES

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JAMES CHRISTOPHER BENVIE | ) | Case No. 19-CR-1715RB |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JAMES CHRISTOPHER BENVIE,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Counts 1 and 2:  18 U.S.C. § 912: False Personation of an Officer or Employee of the United States.

Date:   06/19/2019

City and state:   Las Cruces, New Mexico

*Issuing officer's signature*
Mitchell R. Elfers
Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 6/20/2019, and the person was arrested on *(date)* 6/21/2019
at *(city and state)* Oklahoma City, OK.

Date: 6/21/2019

*Arresting officer's signature*

SA David Gabriel
*Printed name and title*