REL<br>
Email All Attys<br>
Email All Attys and Secondary Emails

# U.S. District Court
# Western District of Oklahoma[LIVE] (Oklahoma City)
# CRIMINAL DOCKET FOR CASE #: 5:19−mj−00333−STE−1

| | |
|---|---|
| Case title: United States of America v. Benvie | Date Filed: 06/21/2019 |
| Other court case number: CR−19−1715−RB District of New Mexico | |

Assigned to: Magistrate Judge Shon T. Erwin

**Defendant (1)**

| | | |
|---|---|---|
| **James Christopher Benvie** | represented by | **William P Earley**<br>Federal Public Defender−OKC<br>215 Dean A McGee Ave<br>Suite 109<br>Oklahoma City, OK 73102<br>405−609−5930<br>Fax: 405−609−5932<br>Email: william_earley@fd.org<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

1

| | | |
|---|---|---|
| **United States of America** | represented by | **David P Petermann**<br>US Attorney's Office−OKC<br>210 W Park Ave<br>Suite 400<br>Oklahoma City, OK 73102<br>405−553−8700<br>Fax: 405−231−5876<br>Email: david.petermann@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/21/2019 | | | Arrest of James Christopher Benvie in Western District of Oklahoma. (rmc) (Entered: 06/21/2019) |
| 06/21/2019 | 1 | | RULE 5(c)(3) Documents Received as to James Christopher Benvie. (rmc) (Entered: 06/21/2019) |
| 06/21/2019 | 2 | 4 | ENTRY OF ATTORNEY APPEARANCE: William P Earley appearing for James Christopher Benvie (Earley, William) (Entered: 06/21/2019) |
| 06/21/2019 | 3 | 6 | ** SEALED DOCUMENT ** CJA 23 Financial Affidavit by James Christopher Benvie. (lb) (Entered: 06/21/2019) |
| 06/21/2019 | 4 | 7 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Bill Earley as to James Christopher Benvie. Signed by Magistrate Judge Shon T. Erwin on 6/21/19. (lb) (Entered: 06/21/2019) |
| 06/21/2019 | 5 | 8 | MINUTE ENTRY for proceedings held before Magistrate Judge Shon T. Erwin: Initial Appearance in Rule 5(c)(3) as to James Christopher Benvie held on 6/21/2019. Defendant waived identity hearing. Detention Hearing set for 6/25/2019 at 1:30 PM in Courtroom 103 before Magistrate Judge Shon T. Erwin. Defendant temporarily detained pending detention hearing; Defendant remanded to custody of USM. (lb) (Entered: 06/21/2019) |
| 06/21/2019 | 6 | 9 | WAIVER of Rule 5(c)(3) Hearings by James Christopher Benvie. (lb) (Entered: 06/21/2019) |
| 06/21/2019 | 7 | 10 | ORDER OF TEMPORARY DETENTION as to James Christopher Benvie. Signed by Magistrate Judge Shon T. Erwin on 6/21/19. (lb) (Entered: 06/21/2019) |
| 06/21/2019 | 8 | 11 | NOTICE OF HEARING as to James Christopher Benvie. Detention Hearing set for 6/25/2019 at 1:30 PM in Courtroom 103 before Magistrate Judge Shon T. Erwin. (lb) (Entered: 06/21/2019) |
| 06/25/2019 | 10 | 12 | MINUTE ENTRY ~ for proceedings held before Magistrate Judge Shon T. Erwin:Detention Hearing as to James Christopher Benvie held on 6/25/2019. Govt. introduces exhibit; Govt. introduces photo Exhibits 1 and 2 for the Courts review. Gov. introduced and played a 12 min youtube. As stated on the record Dft. is remanded to the custody of the U.S. Marshal with a delay of release pending Halfway House placement in Las Cruces. Dft. is released on $5,000.00 Bond with Conditions per Release Order. (dwl) (Entered: 06/25/2019) |

| 06/25/2019 | 11 | 13 | ORDER Setting Conditions of Release as to James Christopher Benvie. Signed by Magistrate Judge Shon T. Erwin on 6/25/2019. (dwl) (Entered: 06/25/2019) |
| 06/25/2019 | 12 | 16 | Unsecured Bond Entered as to James Christopher Benvie in amount of $ 5,000.00. (dwl) (Entered: 06/25/2019) |

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NUMBER: M-19-333-STE |
| ) | |
| JAMES CHRISTOPHER BENVIE, ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Defendant, James Christopher Benvie.

I certify that I am admitted to practice in this court and am registered to file documents electronically with this Court.


 June 21, 2019                             s/ William P. Earley
                                           WILLIAM P. EARLEY
                                           ASSISTANT FEDERAL PUBLIC DEFENDER
                                           Oklahoma Bar Number: 11293
                                           FEDERAL PUBLIC DEFENDER ORGANIZATION
                                           WESTERN DISTRICT OF OKLAHOMA
                                           215 Dean A. McGee  Suite 109
                                           Oklahoma City, Oklahoma 73102
                                           Telephone: 405-609-5930
                                           Telefacsimile: 405-609-5932
                                           Electronic Mail: William_Earley@fd.org
                                           Counsel for Defendant

CERTIFICATE OF SERVICE

    I hereby certify that on June 21, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the electronic records currently on file, the Clerk of Court will transmit a Notice of Electronic filing to the David Petermann, Assistant United States Attorney.

                                s/ William P. Earley
                                WILLIAM P. EARLEY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA )
)
VS. )
)
) Case Number: M-19-333-STE
)
)
JAMES CHRISTOPHER BENVIE ) Charging District: **District of New Mexico**
Defendant )
) Charging District's Case Number: **CR-19-1715-RB**

## ORDER APPOINTING COUNSEL

The above-named defendant having completed an affidavit as to financial ability to employ counsel, and upon review, the Court finds:

☒ That the affiant is financially unable to obtain counsel.

☒ Federal Public Defender is appointed to represent the above-named defendant in all futher proceedings in this District unless and until relieved by order of the Court. **Bill Earley**

☐ Federal Public Defender shall forth with furnish the name of a private attorney for appointment to represent the defendant. _____

☐ That the defendant is eligible for appointment of counsel, but has income or assets in excess of that needed for support of defendant and dependents, and therefore:

☐ Defendant will reimburse the government for the cost of providing representation commensurate with his / her ability to pay as determined by further order of the Court. _____

☐ That Defendant is not eligible for appointment of counsel but is entitled to both an immediate hearing and to the assistance of counsel and therefore,

☐ The Federal Public Defender is temporarily appointed to represent the defendant for purposes of initial appearance only.

Friday, June 21, 2019
Date

_/s/ Shon T. Erwin_
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE

**CRIMINAL COURTROOM MINUTE SHEET**
**INITIAL APPEARANCE on RULE 5**

DATE: Jun 21, 2019     CASE: M-19-333-STE

TIME IN COURT: 15 mins     COURTROOM: 103

MAGISTRATE JUDGE SHON T. ERWIN     COURTROOM DEPUTY RAVEN MCDANIEL

UNITED STATES OF AMERICA vs. JAMES CHRISTOPHER BENVIE

Defendant States true and correct name as: Same     AGE:

Government Cnsl: David Petermann     Defendant Cnsl: Bill Earley

U.S. Probation Officer: Candice Shane     Public Defender

☒ Defendant Appears, custody of U.S. Marshal with Counsel     Interpreter:

☐ Defendant advised of his / her right of consular notification,

☒ Defendant informed of his / her right to retain counsel or to request that counsel be appointed if he / she cannot obtain counsel.

☒ Dft informed that he / she is not required to make a statement and that any statement made by him / her may be used against him / her.

☒ Defendant informed of the ☐ Complaint ☒ Indictment and the charges pending against him / her in the prosecuting district.

Charging District: District of New Mexico     Charging District case number: CR-19-1715-RB

**PRELIMINARY / RULE 5**

☐ Defendant informed of his/her right to a Preliminary hearing.

    ☐ Defendant waives preliminary hearing; Written waiver entered.

    ☐ Defendant requests the preliminary hearing be conducted in the prosecuting district.

    ☐ Defendant requests the preliminary hearing be conducted in this district

       ☐ Preliminary hearing is set for:

☐ Preliminary hearing not required.

☒ Defendant waives identity hearing; Written waiver entered.

☐ Defendant advised of the provisions of Rule 20.

☐ Government produces the original warrant, a certified copy of the warrant or a reliable electronic form of either.

☐ Defendant waives production of original, certified copy or reliable electronic form of warrant.

**RELEASE / DETENTION**

☐ Government recommends defendant be released on

☒ Government recommends defendant be detained based on Risk of Flight and Danger to the Community

☐ Government

    ☐ Upon motion of the Government and request for continuance by

    ☒ Detention Hearing is set for Tuesday, June 25, 2019 at 1:30 p.m.

☐ Defendant requests that the detention issue be held in abeyance until defendant is returned to charging district. The court finds good cause to exceed the time limits set forth by the Bail Reform Act, if necessary, in order to allow the U.S. Marshal sufficient time to transport defendant to the charging district. Defendant remanded to the custody of the U.S. Marshal.

**The Court Orders:**

☐ The United States Marshal for the Western District of Oklahoma is to remove defendant to the district in which he/she is charged and deliver defendant to the United States Marshal for that district or to some other officer authorized to receive him. Written Order entered.

☒ Defendant temporarily detained pending detention hearing. Written Order entered. Defendant remanded to the custody of the U.S. Marshal.

☐ Unsecured Bond set at     with conditions per Release Order.

☐ Secured Bond set at     with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.

☐ Defendant remanded to the custody of the U.S. Marshal.

☐ Defendant to report for further proceedings in the District Court in which prosecution is pending as follows:

8

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>VS. )<br>) Case Number: **M-19-333-STE**<br>)<br>)<br>)<br>**JAMES CHRISTOPHER BENVIE** ) Charging District: **District of New Mexico**<br>Defendant ) Charging District's Case Number: **CR-19-1715-RB**<br>) | |

### WAIVER OF RULE 5 and 5.1 HEARINGS
( Complaint or Indictment )

I understand that I have been charged in another district:
the ( *name of other court* ) District of New Mexico                                                             .

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise--unless I am indicted--to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

- [x] an identity hearing.
- [ ] production of the warrant.
- [ ] a preliminary hearing.
- [ ] a detention hearing.

I request that the following hearing(s) be held in the prosecuting district, at a time set by that court.

- [ ] a preliminary hearing.
- [ ] a detention hearing.

I realize that the detention hearing in the prosecuting district may not occur within the three and five day time limits, set forth in the Bail Reform Act, but I request the Court to find good cause to exceed those time limits if it takes the Marshal more time to transport me to the prosecuting district, as I want the hearing to be held in the prosecuting district.

_6-21-19_
Date

_/s/ signature_
Defendant

_/s/ signature_
Attorney for Defendant

SR-01-2016

9

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**JAMES CHRISTOPHER BENVIE**<br>Defendant | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**<br><br>Case Number: **M-19-333-STE**<br><br>Charging District: **District of New Mexico**<br>Charging District's Case Number: **CR-19-1715-RB** |

Upon Motion of the:

☒ Government and request for continuance by Government.

☐ Government and request for continuance by Defendant.

☐ Government and request for continuance by both Government and Defendant.

it is **ORDERED**

that a detention hearing is set for _____Tuesday, June 25, 2019 at 1:30 p.m._____
                                                           Date           Time

before _____UNITED STATES MAGISTRATE JUDGE SHON T. ERWIN_____

_____U.S. Courthouse, 200 N.W. 4th Street, Courtroom 103_____, Oklahoma City, Oklahoma 73102

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____

_____) and produced for the hearing.
                Other Custodial Official

Friday, June 21, 2019
Date

SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

SR-01-2016

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>JAMES CHRISTOPHER BENVIE<br><br>*IN CUSTODY* | NOTICE<br><br><br><br>CASE NO. M-19-333-STE |

TYPE OF CASE:
☐ CIVIL  ☒ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: | ROOM NO.: |
|---|---|
| William J. Holloway Jr. United States Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, OK  73102 | **Courtroom No. 103** |
| | DATE AND TIME: |
| | **Tuesday, June 25, 2019, at 1:30 p.m.** |
| TYPE OF PROCEEDING: | |
| **DETENTION HEARING** | |

**TAKE NOTICE** that a proceeding in this case has been *rescheduled* as set forth below:

| PLACE: | DATE AND TIME PREVIOUSLY SCHEDULED: | RESCHEDULED DATE AND TIME: |
|---|---|---|
| William J. Holloway Jr. United States Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, OK  73102 | | |

**SHON T. ERWIN**
U.S. MAGISTRATE JUDGE

**June 21, 2019**          **s/Raven McDaniel**
Date                          (By) Deputy Clerk

11

# CRIMINAL COURTROOM MINUTE SHEET
## DETENTION HEARING

**DATE:** Jun 25, 2019     **CASE:** M-19-333-STE

**TIME IN COURT:** 2.5 hours     **COURTROOM:** 401

**MAGISTRATE JUDGE SHON T ERWIN**     **COURTROOM DEPUTY D WAYNE LEE**

**UNITED STATES OF AMERICA vs. JAMES CHRISTOPHER BENVIE**

Defendant States true and correct name as: _____     **AGE:** _____

**Government Cnsl:** David Petermann     **Defendant Cnsl:** Bill Earley

**U.S. Probation Officer:** _____

☒ Defendant Appears, custody of U.S. Marshal with Counsel     **Interpreter:** _____

☐ Defendant advised of his / her right of consular notification, _____

☐ Court inquires of Government regarding notification of victim(s) under Justice for All Act.

☐ Parties announce ready.    ☐ Parties provided with a _____

### WITNESSES FOR GOVERNMENT
1. SA SHANDON DEVESTEY
2. _____
3. _____

### WITNESSES FOR DEFENDANT
1. _____
2. _____
3. _____

☐ Government and Defendant make opening statement.

☐ Government withdraws request for detention and recommends defendant be released on bond with conditions per release Order.

☐ Defendant waives right to detention hearing. Waiver of Detention Hearing and Consent to Order of Detention pending further proceedings entered. Defendant remanded to custody of U.S. Marshal.

☐ Defendant requests the Detention Hearing be postponed at this time reserving the right to request a hearing at a later date should dft's circumstances change. Defendant remanded to custody of U.S. Marshal.

☒ Government introduces evidence with testimony of __1__ witness(es) and rests.

☐ Defendant introduces evidence with testimony of _____ witness(es) and rests.

☐ Government ☐ Defendant rest(s) without introducing evidence.

☒ Government ☒ Defendant proffer(s) evidence and rests.

☒ Government ☒ Defendant make(s) closing statements.

## The Court Orders:

☐ The Court finds good cause to exceed the 3 and 5 day time limits provided by the Bail Reform Act. A detention hearing will not be held at this time based upon Defendant's circumstances. Should defendant's circumstances change, a detention hearing will be promptly held upon request of either party.

☒ Defendant detained pending trial; Detention Order to be entered. Defendant remanded to custody of USM.

☐ Unsecured Bond set at _____ with conditions per Release Order.

☐ Secured Bond set at _____ with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.

☐ Defendant remanded to the custody of USM pending execution of bond.

☐ Defendant remanded to the custody of USM.

*Govt. introduces exhibit; Govt. introduces photo Exhibits 1 and 2 for the Courts review. Gov. introduced and played a 12 min youtube.

As stated on the record Dft. is remanded to the custody of the U.S. Marshal with a delay of release pending Halfway House placement in Las Cruces. Dft. is released on $5,000.00 Bond with Conditions per Release Order.

12