# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable STEPHAN M. VIDMAR

CRIMINAL CLERK'S MINUTES at Las Cruces

| | | | | |
|---|---|---|---|---|
| Case Number: | **19-1715 RB** | Date: | 8/12/19 | Recording Information: **LCR SIERRA BLANCA** |
| Clerk: | **REBECCA HELMICK** | Type of Hearing: | | **INITIAL APPEARANCE** |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **JAMES CHRISTOPHER BENVIE** | **FPD STANDING IN – BARBARA MANDEL** | ☒ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

| | | | |
|---|---|---|---|
| Assistant U.S. Attorney: | **ALFRED PEREZ** | Interpreter: | **N/A** |
| Pretrial Officer: | **LAURA GARIBAY** | Court in Session: | **11:02-11:04; 11:04-11:09 A.M.   7 MIN** |

| | |
|---|---|
| ☐ | Agent sworn in open Court |
| ☒ | Court questions Defendant regarding his/her physical and mental condition, age, education |
| ☒ | Court advises Defendant(s) of possible penalties and all constitutional rights |
| ☒ | ORAL Motion for Detention Hearing by Government |
| ☐ | Court grants ☐ Government's ☐ Defense counsel's oral motion to continue detention hearing |
| ☐ | Waiver of preliminary hearing & right to grand jury presentment filed in open court |
| ☐ | Defendant admitted violation; Matter referred to the District Judge For a Disposition Hearing |
| ☐ | Set for change of plea on 8/14/2019 at 9:30 A.M. |
| ☒ | Defendant released on the previous conditions |
| ☐ | Conditions of Release continued on Page 2 |
| ☒ | Other: DEFENSE COUNSEL STATES THAT CONDITIONS HAVE PRVIOUSLY BEEN SET IN OKLAHOMA AND DEFENDANT IS TO BE TRANSPORTED/RELEASED TO HALFWAY HOUSE IN ALBQ.; ARRAIGNMENT TO BE SET, WAIVER OF APPEARANCE CAN BE FILED |