# CLERK'S MINUTES OF ARRAIGNMENT/DETENTION

Date: **8/22/2019**  Judge: **SWEAZEA**  Clerk: **K. SOLIS**

USA vs. **JAMES CHRISTOPHER BENVIE**  Case No. **19-1715 RB**
Deft present with counsel: **ORLANDO MONDRAGON** ☒ Appt'd.  ☐ Ret'd.

U.S. represented by: **TAYLOR HARTSTEIN, AUSA**
Name of Interpreter: **N/A**

Court in Session: **10:05 – 10:06 A.M. (1 MIN)**
Liberty: **LCR-TORTUGAS**

☒ Defendant not present  ☐ Bench warrant issued
☒ Waiver of Appearance at Arraignment and Entry of Not Guilty Plea submitted and approved in Open Court

**Court asked the Defendant:**
☐ Name  ☐ Extent of education/schooling  ☐ Age
☐ Whether defendant has any medical or mental health issues or concerns
☐ Whether defendant has received a copy of **INDICTMENT**
☐ Whether defendant has had time to consult with his/her attorney
☐ Whether defendant wants Indictment/Information read in open court
☐ Whether defendant will waive the reading of Indictment/Information
☐ Whether defendant is ready to plead

☒ Defendant entered a plea of NOT GUILTY to all counts on behalf of the Defendant
☒ Matter referred to District Judge
☒ Counsel ordered to file any motions by: **9/12/2019**
☒ Case assigned to:
     ☒ **JUDGE BRACK**     ☐ **JUDGE GONZALES**
☒ Trial set on trailing docket commencing: **TO BE SET**
☐ Defendant requested psychiatric examination; Motion to be filed.
☒ Defendant on bond
☐ Defendant advised to file motion to reconsider
☐ Penalty for failure to appear explained
☒ Discovery Order entered
☐ Unseal Case
☐ First appearance of Defendant
☐ Other: