UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

### NOTICE OF JURY TRIAL SETTING

**TAKE NOTICE** that the below listed matters are hereby set for **JURY SELECTION AND TRIAL**, on **Tuesday, October 15, 2019 at 9:00 AM** on a **trailing docket** before United States District Judge, Robert C. Brack, at the U.S. Courthouse, 100 N. Church, Guadalupe Courtroom, North Tower, Fourth Floor, Las Cruces, New Mexico.

**ALL COUNSEL MUST BE PRESENT AT THE CALL OF THE CALENDAR AT 11:00 AM ON OCTOBER 3, 2019 AT THE SAME LOCATION AS ABOVE.**

Counsel should refer to the procedures regarding due dates for Jury Instructions and Motions in Limine for Judge Brack which is available on the Court's website.

Motions for continuance are to be filed in accordance with 18 U.S.C.§ 3161(h)(7)(A) and United States v. Toombs, 574 F.3d 1262 (2009), setting forth the factual grounds justifying the continuance. In cases involving multiple defendants, counsel must file a joint motion for continuance with all counsel agreeing to said motion. If a motion for continuance is opposed by a co-defendant, movant may file a single opposed motion.

To conserve judicial resources, the Court **MUST** be advised of all plea hearings and/or motions for continuance **no later** than **noon** on **OCTOBER 1, 2019.** Local counsel is required to appear at all hearings unless excused by the Court. If there are any requirements for special electronic equipment to be brought into the courthouse for trial, prior arrangements must be made with the U.S. Marshals Service.

Inquiries and/or notices of change of plea should be directed to Jessica A. Chavez at (575) 528-1402.

_____
Mitchell R. Elfers
Clerk of Court

A true copy of this document was served--via mail or

electronic means --to counsel of record as they are shown on the Court's Docket.