IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO. 19-01715 RB |
| vs. | ) | |
| | ) | |
| **JAMES CHRISTOPHER BENVIE,** | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF UNAVAILABILITY

The United States hereby gives notice that the undersigned counsel for the government

will be unavailable on the following dates:

1.  Undersigned counsel will be in training at the National Advocacy Center

    December 16th through the 19th.

Counsel for the government respectfully requests that, if possible, the Court not set any

hearings, trials or other proceedings in this matter during the aforementioned dates.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

*Electronically filed on 10/24/2019*
RANDY M. CASTELLANO
Assistant United States Attorney
200 N. Church Street
Las Cruces, NM 88011
(575) 522-2304 – Tel.

I HEREBY CERTIFY that I electronically
filed the foregoing with the Clerk of the
Court using the CM/ECF system which
will send electronic notification to defense
counsel of record.

/s/
RANDY M. CASTELLANO
Assistant United States Attorney