IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**JAMES CHRISTOPHER BENVIE,**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CRIMINAL NO. 19-01715 RB |

**UNOPPOSED MOTION FOR DEFINITE TRIAL SETTING**

The United States hereby moves the Court for a definite trial setting on Monday, March 2, 2020, in the above captioned matter. The parties understand that the Court can only allocate three days for trial, March 2-4, 2020, and the parties are confident that the trial will conclude during that time-period.

Trial is currently set on a trailing docket that begins on Tuesday, February 18, 2020. *See* Doc. 26. A definite trial setting is requested to facilitate the coordination and ensure the availability of witnesses, including at least one government witness who will be flying in from out of state. Furthermore, AUSA Renee Camacho will be out of the country from February 8, 2020, through the February 16, 2020, and defense counsel has jury selection in a Federal court in El Paso on February 21, 2020, with the trial to follow the week of February 24, 2020, making trial in February difficult to schedule.

Counsel for Defendant, Orlando Mondragon, concurs in this motion.

For the above reasons, the parties respectfully request that the Court enter an order setting the trial for Monday, March 2, 2020.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

***Electronically filed on 1/9/2020***
RENEE L. CAMACHO
RANDY M. CASTELLANO
Assistant United States Attorneys
200 N. Church Street
Las Cruces, NM 88011
(575) 522-2304 – Tel.

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record.

/s/ ______________________________
RENEE L. CAMACHO
Assistant United States Attorney