IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,    )
                             )
       Plaintiff,            )
                             )   CRIMINAL NO. 19-01715 RB
vs.                          )
                             )
JAMES CHRISTOPHER BENVIE,    )
                             )
       Defendant.            )

**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JAN 14 2020

MITCHELL R. ELFERS
CLERK OF COURT

## ORDER FOR DEFINITE TRIAL SETTING

THIS MATTER having come before the Court on the Unopposed Motion of the United States for a definite trial setting, the Court having read said motion and being advised in the premises, finds that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the trial shall be set for **March 2, 2020 for a period of three days.**

IT IS FURTHER ORDERED that all pretrial deadlines in this matter be adjusted in accordance with the amended trial setting of March 2, 2020.

_____
ROBERT C. BRACK
SENIOR UNITED STATES DISTRICT JUDGE