IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) CRIMINAL NO. <u>19-01715 RB</u> |
| vs. | ) ) |
| **JAMES CHRISTOPHER BENVIE,** | ) ) |
| Defendant. | ) |

## NOTICE OF UNAVAILABILITY

The United States hereby gives notice that the undersigned counsel for the government will be unavailable on the following dates:

1. Undersigned counsel will be out of the country from February 8, 2020, through February 16, 2020.

Counsel for the government respectfully requests that, if possible, the Court not set any hearings, trials or other proceedings in this matter during the aforementioned dates.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

*<u>Electronically filed on 1/16/2020</u>*
RENEE L. CAMACHO
Assistant United States Attorney
200 N. Church Street
Las Cruces, NM 88011
(575) 522-2304 – Tel.

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record.

/s/ _____
RENEE L. CAMACHO
Assistant United States Attorney