IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. CR 19-1715 RB |
| ) | |
| **JAMES CHRISTOPHER BENVIE,** ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S EXHIBIT LIST

The United States of America, for the convenience of the Court and counsel, and without waiving the right to utilize different or additional exhibits, submits its list of exhibits that may be utilized in the government's case-in-chief.

1. YouTube video taken April 15, 2019, synced with transcript

2. Facebook video taken April 15, 2019, synced with transcript

3. Still shot photo of female and young boy from Facebook video taken April 15, 2019

4. Still shot photo of female and two children from Facebook video taken April 15, 2019

5. Still shot photo of 16-year-old male from Facebook video taken April 15, 2019

6. Still shot photo of back of female from Facebook video taken April 15, 2019

7. Still shot photo of Jim Benvie from Facebook video taken April 15, 2019

8. Video at the wall taken April 17, 2019, synced with transcript

9. Still shot photo of seven immigrants from video at the wall taken April 17, 2019

10. Still shot photo of UPC member and truck from video at the wall taken April 17, 2019

11. Aerial photo of Anapra Bowl and Monument 1 areas

12. Aerial photo of Anapra Bowl and Monument 1 areas

13. Aerial photo of the New Mexico, Texas and Mexico borders

14. Aerial photo of the New Mexico, Texas and Mexico borders

15. Aerial photo of the New Mexico, Texas and Mexico borders and incident location

16. Aerial photo of the New Mexico and Mexico borders and the Anapra Bowl area

17. Aerial photo of the Anapra Bowl area

18. Aerial photo of the Anapra Bowl and the incident location

19. Photo of the wall leading to the Anapra area

20. Photo of the Border fence and road leading to the Anapra Bowl area

21. Photo of the Border fence and the Anapra Bowl area

22. Photo of the Border fence and concrete barrier between the United States and Mexico border in the Anapra Bowl area

23. Photo of the train tracks and Border fence in the Anapra Bowl area

24. Photo of the Anapra Bowl and Border fence

25. Photo of James Christopher Benvie displaying a Badge next to the Border Fence in the Anapra Bowl area

26. Email from Eric Cremeens' attorney, Lauren Brooke, confronting James Benvie

27. Pictures from GoFundMe page created by James Benvie - Pray for Ryan and His Family

28. Pictures from GoFundMe page created by James Benvie - Private Ryan

29. Unsolicited messages for Eric Cremeens from his son's Facebook account regarding James Benvie

Respectfully Submitted,

JOHN C. ANDERSON
United States Attorney

*<u>Electronically Filed 02/24/20</u>*
RENEE L. CAMACHO
RANDY M. CASTELLANO
Assistant United States Attorneys
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304 - Tel.
(575) 522-2391 – Fax

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record on this date.

*<u>Electronically Filed 2/24/2020</u>*
RENEE L. CAMACHO
Assistant United States Attorney