IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |  | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | NO. CR 19-1715 RB | |
| | ) | | |
| **JAMES CHRISTOPHER BENVIE,** | ) | | |
| | ) | | |
| Defendant. | ) | | |

## GOVERNMENT'S WITNESS LIST

1. Parker Olding, Federal Bureau of Investigation

2. Walter Slosar, United States Border Patrol

3. Francisco Gomez, United States Border Patrol

4. Nathaniel Bell, United States Border Patrol

5. Eric Cremeens

6. Jonathan Backer, Georgetown University Law Center

7. Lauren R. Brooke, Esq.

8. Lt. Mark Bruning, Guthrie Police Department

                                                  Respectfully Submitted,

                                                  JOHN C. ANDERSON
                                                  United States Attorney

                                                  *Electronically Filed 2/24/2020*
                                                  RENEE L. CAMACHO
                                                  RANDY M. CASTELLANO
                                                  Assistant United States Attorneys
                                                  200 N. Church St.
                                                  Las Cruces, NM 88001
                                                  (575) 522-2304 - Tel.
                                                  (575) 522-2391 - Fax

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record on this date.

***Electronically Filed 2/24/2020***
RENEE L. CAMACHO
Assistant United States Attorney