# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
|     Plaintiff, § | |
| § | |
| VS. § | NO. 19-CR-1715-RB |
| § | |
| JAMES CHRISTOPHER BENVIE, § | |
|     Defendant. | |

## DEFENDANT'S WITNESS LIST

The Defendant, JAMES CHRISTOPHER BENVIE, by and through his counsel, submits this list of witnesses that maybe called at trial. Defendant reserves the right to supplement this witness list should additional witnesses become necessary.

1. New Mexico Governor Michelle Lujan Grisham.

2. Congress woman Veronica Escobar.

3. New Mexico Attorney General Hector Balderas.

4. Congress woman Debra Anne Halland.

5. Congress Man Ben Ray Lujan.

6. ACLU director Peter Simonson.

7. Any Witness listed in the United States witness list.

8. Any witnesses to be used for the purposes of rebuttal testimony.

Respectfully submitted,

*/s/ Orlando Mondragon*
Orlando Mondragon
Attorney for Defendant
State Bar No. 21803
1028 Rio Grande
El Paso, Texas 79902
(915) 566-8181

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of February 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsels of record in this cause.

/s/ Orlando Mondragon
Attorney for James Christopher Benvie