UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

Jury Trial Clerk's Minutes
Before the Honorable Robert C. Brack

CASE NO.   CR 19-1715 RB            DATE:   March 2-3, 2020

Time in court: 9 hours, 3 minutes

TITLE:   United States vs James Christopher Benvie

COURTROOM CLERK:   Jessica Chavez      COURT REPORTER:   Vanessa Alyce

( ) Albuquerque   (X) Las Cruces   ( ) Santa Fe   ( ) Roswell

( ) Bench warrant ordered       INTERPRETER:   None

ATTORNEYS PRESENT FOR PLAINTIFF(S):         ATTORNEYS PRESENT FOR DEFENDANT(S):
Renee Camacho and                            Orlando Mondragon
Randy Castellano

TYPE OF PROCEEDING:
July Selection/Trial

PROCEEDINGS:

8:54 am. Court in session

Ms. Camacho:   Request Court inquire of the defendant, plea offer was made by the government.

Mr. Mondragon: Plea offer was made by the government.

Court: Asks Mr. Benvie if government did in fact make a plea offer.

Mr. Benvie:   Plea offer was made and declined.   Requested trial be set.

Ms. Camacho:   Request 20 minutes each on Voir Dire

Curt:   Grants.

8:58 a.m. Court in recess.


9:13 a.m. Court in session, in the presence of the jury.


Court – Court introduces defendant, counsel for defense, government and staff. History of the jury trial.


Court-Voir Dire   Anyone know counsel:   #42- Knows Mr. Mondragon, employment.   Scheduling conflicts:

#8, live in Sunland, do not drive, #7; two kids, daycare issues; #6 bench conference   employment issues; #23 Dr. appt Thursday; #55, two appointments, one 3/3/20; #53, Single parent and take care of disabled mom; #32, pallbearer tomorrow in Carlsbad.

9:37 a.m. Voir Dire by the government, Ms. Camacho:   Witnesses: none.   Charges: #8.   Reasonable doubt:   Immigrants; no one.   Border issues: no one   Law enforcement:   Physical issues:   #45 bench conference.   Charge: #53.   #25, Bench conference.   #55, family members border patrol agents. #23, Bench conference.

10:04 a.m.   Voir Dire by defense, Mr. Mondragon:   Charges.   Law enforcement; #27. Chaplain, #54. Burden of proof: #10, #8, #38 bench conference.

10:15 Court in recess.
10:50 a.m. Court in session.

Court – calls selected jury:   3, 9, 13, 14, 16, 18, 20, 22, 23, 28, 30, 31, 33.
10:52 a.m.   Court excuses remaining summonsed jurors.

Court – administers oath to selected panel
10:54 a.m. Court:   Preliminary instructions

11:11 a.m. Opening statements by government, Ms. Camacho.

11:22 a.m. Opening statement by defense, Mr. Mondragon

11:28 a.m. Government calls Walter Slosar W1 (Sworn)   Border patrol agent, 22 years.   Assigned to Santa Teresa area.   Footprints etc.   Cameras, sensors.   Early last year, influx of migrants coming in from Central America.   United States Constitutional Patriots group.   Mr. Benvie is not member of Border Patrol Agency.   Border Patrol Agency relationship with group.   Typically citizens living in area that call in. Did not give authority to act on behalf of Border Patrol.   Reason did not group to leave border area.   Duty as border patrol.   United States constitutional patriot group left area, May 2019.   Mobile response team,

border tech, may wear camo.   Agent Slosar when reviewing video, could not discern border patrol agent and/or patriots group.   Groups from central america would come in to be taken into custody.   Santa Teresa, NM.   International port of entry at Santa Teresa, NM.   Border patrol station compare to where port of entry.   Government exhibit 31, Map.   Government exhibit 11- Aerial photo Anapra Bowl.   Government exhibit 12, Aerial photo.   Monument 1. Anapra bowl approximately 1 mile from Monument 1.   Government exhibit 13, Aerial photo.   Government exhibit 14, aerial photo monument 1 area.   Government exhibit 15, aerial photo monument 1 area.   Road to get into monument 1 area, Brickland road.   Government exhibit 16, aerial photo, NM, Mexico borders and the Anapra bowl.   Government exhibit 17, Anapra bowl.   Government exhibit 18, aerial photo.   Government exhibit 19, photo of wall leading to Anapra bowl.   Government exhibit 20, photo of border fence road leading to Anapra bowl.   Government exhibit 21, oto of border fence.   Government exhibit 22, Photo of Border fence and concrete barrier between US and Mexico.   Government exhibit 23, Photo of train tracks and border fence. Government exhibit 24, Photo of Anapra bowl.   Anapra bowl in state of New Mexico, Dona Ana County.

12:00 p.m. court in recess, lunch break.
1:18 p.m. Court in session.

Mr. Mondragon cross examination W1, Agent Walter Slosar.          Agent in charge Santa Teresa since 2018.   Concerned citizens calls.    Difference between Group and Border patrol.
1:28 p.m. Pass W1

1:29 p.m. Redirect examination W1 Agent Slosar.   Do not know if defendant wore uniform or carried gun.   PassW1.
Court excuses W1.

1:31 p.m. Government, Mr. Castellano calls Agent Parker Olding W2 (Sworn)           FBI special agent, July 2017.   Investigation involving James Benvie.    FBI received tip on group detaining migrants.   Group United National Patriots.   Video or video link, tip.   Analyzed video.    Conduct took place in New Mexico.   Aware of group before 2019.
Mr. Mondragon- objection
Court – Sustained.

Agent Olding saw newspaper article. Video prior 2019 by self proclaimed leader.

Mr. Mondragon – Objection.

Mr. Castellano – goes to foundation

Court – Overruled

FBI monitoring group. FBI began searching other videos. Videos on social media, facebook and youtube. Activities observed. Persons in group usually wore camouflage, patches. Some carried firearms. Group would go on patrols. Concerns of the FBI. Some members of group weapons handling, unsafe.

Mr. Mondragon:  Objection

Court: Sustained

Arrest of Mr. Benvie. Defendant identified self as border patrol agent.

Government exhibit 1, Youtube video taken April 15, 2019.

Mr. Benvie identifies self as Border patrol. Asked migrants travel routes. Border patrol arrived.

Video by Mr. Benvie.

Group.

Government exhibit 2, facebook video, April 15, 2019.

Person in group wearing camouflage and a sidearm. Other persons with group filming. Government exhibit 3, photo. Government exhibit 4, photo. Government exhibit 5, photo. Government exhibit 7, photo. Government exhibit 14, Aerial photo. Government exhibit 8. Video taken by Mr. Benvie, April 17, 2019.

Video being played.

Persons crossing on April 17, 2019. Person in video UPC member wearing camo and carrying firearm. Government exhibit 9, still shot. Government exhibit 12, aerial. Government exhibit 15 Government exhibit 18, aerial. Government exhibit 19, photo. Government exhibit 25, photo Mr. Benvie.

Video filmed on April 19.

Mr. Mondragon – objection

Court:  overruled.

Statement by Mr. Benvie.

PassW2

Court – statement by Mr. Benvie not in an exhibit.

2:53 p.m. Cross examination W2, Agent Olding by Mr. Mondragon.   FBI since July 2017.   Stationed in Las Cruces, December 2017.   Information received on United Patriots.   Person submitted tip on FBI website.   Contact with local officials, law enforcement. Incident occurred in Santa Teresa, Sunland park area.   Offense came about because of videos.   Investigation by agent, supervisor, then United States Attorneys office.   Government exhibit 1.   Three males and two females, UPC members.   Mr. Benvie was not wearing camouflage or clothing indicating border patrol.   Mr. Benvie was not carrying firearm.   Female Wearing camouflage and carrying firearm was not charged. Video depicts illegal aliens.   Female and Mr. Benvie were asking question.   April 17 video, encounter Mr. Benvie and individuals.   Agent Olding do not know what Mr. Benvie was wearing on this date.   Black truck arrived, another UPC member.
PassW2

3:07 p.m. Re Direct examination W2, Agent Olding by Mr. Castellano.   Law enforcement officers do not always uniform.   Supervisors show up in plain clothes.   Identify self, Agent.   Second person that showed up, person wearing camouflage with face covered up, wearing firearm.   Safety and welfare issues.
PassW2

3:10 p.m. Re Cross examination W2, Agent Olding by Mr. Mondragon.   UPC member, don't know if spoke with Border Patrol. Clothing worn.
Court excuses W2

3:11 p.m. Break.
3:30 p.m. Court in session

Government, Mr. Castellano calls Francisco Gomez W2   (Sworn)   Border patrol agent.   Questions asked by Border Patrol of group coming in.   April 19, 2019, on duty.   Group from UCP handed over some individuals to border Patrol.   Alerted by station that group was crossing.   Government exhibit 2, clip one. 2:51 – 3:09.   Agent Gomez near tresses. Agent Gomez hit siren on vehicle to alert group that turned themselves in.   Agent Gomez did not interact with UCP group.   Distracting with UCP group around.   Safety purposes catch person further away from border.   Government exhibit 1, clip 4.   Border patrol would not be able to cross into Mexico or offer money to Mexican law enforcement.   Government exhibit 13.   Agent

Gomez parked under trusses on railroad track. Government exhibit 14. Agent Gomez handed group off to transport vehicle.

PassW3

4:07 p.m. Cross examination W3, Agent Gomez by Mr. Mondragon. Santa Teresa Border patrol, 14 years. Academy. Government exhibit 1. Agent Gomez identified self as Border Patrol Agent. When patrol always in uniform and with sidearm. When apprehend, try to apprehend immigrants away from border. First encounter with UPC. Search of individuals after arrest.

PassW3

4:14 p.m. Re Direct examination W3, Agent Gomez by Mr. Castellano. There are some Border Patrol Agents that wear plain clothes. When first encountered UPC thought they were part of VTEC (Border patrol).

PAssW3

Court excuses W3.

4:16 p.m. Government, Ms. Camacho, calls Nathaniel Bell W4, Sworn. U.S. border Patrol, since 2006. Stationed in Santa Teresa 2016. UPC operating in area, Agent Bell interaction. Agent Bell tried to avoid UCP. April 17, 2019, worked in Sunland Park NM area. Came into contact of immigrants. Agent Bell sitting Near train crossing, operator notified agent group came in through fence in Anapra bowl. Agent Bell was approximately ½ mile west of area on other side of train tracks. First border patrol agent on scene, approximately 3 minutes after Mr. Benvie encounter. Agent Bell worked on Anapra side in Mexico, building homes. Agent Bell never came across a tunnel in area, or caves in Mt Cristo Rey. Camp Liberty, United Constitutional Patriots, set up. Government exhibit 16. Government exhibit 18. Government exhibit 9. Government exhibit 10. Individual wearing camouflage and a mask, handgun standing by a black truck at scene. Agent Bell identified self as Border Patrol agent when encountered group of immigrants.

PassW4.

4:31 p.m. Cross examination W4, Agent Bell by Mr. Mondragon. Always patrol in uniform, armed in a Border Patrol vehicle. Agent Bell did not know how many UPC were present at the time. Person with side arm wearing mask. Agent Bell did not interact with UPC just picked up immigrants.

PassW4.

4:34 p.m. Re Direct examination W4, Agent Bell by Ms. Camacho.        Agent Bell did not know who UPC members at the location.   Have reviewed video since.   Agent Bell tried to get and out quickly, safety.   Agent Bell uniformed agent.   Other Agents in VorTach were fatigues.
PassW4

4:37 p.m. Re Cross examination W4, Agent Bell.        Agent does not know what defendant was wearing date of incident.

4:39 p.m. Court excuses W4.

4:38 p.m. Government, Mr. Castellano calls Eric Cremeens, W5 (Sworn)        Employed medical company.   Previous employment.   Familiar with Jim Benvie.   First interaction 2015-2016.   Disagreement with Mr. Benvie about family member, Child.
Mr. Mondragon:   Objection
Court: overruled.

      Mr. Benvie raising money for family member.   Mr. Cremeens believed fraudulent.   Mr. Benvie raising money in Ok, Georgia.   Mr. Cremeens received message on facebook asking about money being collected, familiar with family.   Sent picture of Mr. Benvie to person, asking if same person collecting money. Mr. Cremeens contacted local law enforcement in Calhoun George, and other places in Georgia about stop collection of monies by Mr. Benvie.   Mr. Cremeens and Mr. Benvie had disagreement.   Mr. Cremeens had been told Mr. Benvie collecting monies in Tennessee.   Mr. Benvie stated collecting monies was authorized. July 2018, received call from someone in Oklahoma.   Person was law enforcement officer, Mr. Cremeens was asked if monies being collected was authorized.   Mr. Cremeens told officer collecting of monies not authorized and there was no need for collection of money.
PassW5

4:47 p.m. Cross examination W5, Mr. Cremeens, by Mr. Mondragon.        Ryan is Mr. Cremeens son.   Mr. Cremeens does not get along with Child's mother, Leslie Cremeens.   Mr. Cremeens does not know if Leslie authorized Mr. Benvie.   Mr. Eric Cremeens last spoke with Leslie Cremeens two years ago.
PassW5

4:49p.m.    Re Direct examination W5, Mr. Eric Cremeens by Mr. Castellano.    Mr Eric Cremeens has sole custody of Child.   Leslie Cremeens has had no contact with Child for 2 ½ years.

Mr. Mondragon:   Objection

Court Sustained.

2018, no reason to be collecting money for Child.   No reason for Leslie to be authorizng for family members. Mr. Eric Cremeens tried to shut down gofundme and facebook.

PassW5


4:52 p.m. Re Cross examination W5, Mr. Eric Cremeens.        Divorce decree with sole custody.

Court excuses W5, subject to recall.


Bench conference.

5:00 p.m. Court in recess (End of day one)


(Day two – March 3, 2020)


9:05 a.m. Court in session


Court government calls Lauren Brook, W6 (Sworn)        Attorney for state of Kentucky.   Partner in law firm.   Conversation with Mr. Benvie.    First communication with Mr. Benvie. Mr Benvie stated representing Leslie Cremeens.   Discussions.    Ms. Brook believed Mr. Benvie was attorney, representing Leslie.   Mr. Benvie requested documents be sent by email.    During conversation did not believe Mr. Benvie was an actual attorney.   Ms. Brook followed up with email to Mr. Benvie.    Aware Mr. Benvie raising money in child's name.

PassW6


9:10 a.m. Cross examination W6, Ms. Brook by Mr. Mondragon.      Case pending during time Mr Benvie contacted Ms. Brook.   Leslie Cremeens had several attorneys.   Ms. Brook did not know who Mr. Benvie was.   Mr. Benvie stated I represent Ms. Leslie Cremeens.    Mr. Benvie did not specifically state I am the attorney for Ms. Leslie Cremeens.

PassW6

| | |
|---|---|
| 9:15 a.m. Re Direct examination W6, Ms. Brook by Mr. Castellano. when calling another attorney.   Mr. Benvie response in email. PassW6. | Common practice Ms. Brook |
| 9:16 a.m. Re Cross examination W6, Ms. Brook by Mr. Mondragon | Gofundme. |

Mr. Castellano – objection beyond scope.

Court – Sustained.

        Did not know common practice of another attorney.

PassW6

Court excuses W6.

Government rests.

9:19 a.m. Court excuses jury from the courtroom.

Mr. Mondragon:   Moves for judgment of acquittal.   Argument.

Mr. Castellano:   response

Court: Denies Rule 29 motion.

9:26 a.m. Jury present in the courtroom.

9:27 a.m. Mr. Mondragon calls defendant, Mr. Benvie, W7 (Sworn)    Grew up in Minnesota. Employment history.   Reason came out to New Mexico, find out truth about wall near border. Conversations with border patrol, area to video.   Developed social media following.   Met up with Constitutional Patriots.   Patriots had assistance from authorities. Mr. Benvie got to border January 2019 for approximately 5 months.   Video of immigrants whom he met along with Constitution Patriots.   Had approximately 20 people with Constitution patriots some volunteers.   Mr. Benvie conversed with Border Patrol Agents, what he could and could not do while videoing.

Ms. Camacho:   Objection, non-responsive.

Court:   Sustained.

      Border patrol

Ms. Camacho:   Objection, hearsay.

Mr. Mondragon:   will move on

      Mr. Benvie drove white ford fusion.   Mr. Benvie also rode in a white escalade. Did not have lights or decals.   Mr. Benvie did not carry firearm.   Mr. Benvie was wearing shirt with badge given to him by members of UCP.   That is how Border Patrol knew who the persons with UCP were.   Government exhibit 1.   Mr. Benvie was not wearing uniform.   When Mr. Benvie stated Border patrol, reason stated border patrol.   Persons crossing were going into private property.   Mr. Benvie did not speak Spanish.   Mr. Benvie did not tell immigrants able to leave, because they were there to turn self in.   Reason Mr. Benvie asked questions, as to where migrants were from, facebook feed.   Asked questions as journalist not Border Patrol.   April 17 encounter.   Mr. Benvie stated U.S. Border patrol.   Acting as a civilian border patrol.   Gofundme page for child.   Leslie Cremeens worked for Mr. Benvie.   Leslie Cremeens had primary custody of child.   Reason Mr. Benvie got involved.   Called Ms. Brook, stated representing Leslie Cremeens.   Authorized to speak for Leslie, trying to work things out.   Leslie Cremeens did not have the money to hire an attorney.   Mr. Benvie set up gofundme page, in Leslie name.   Majority of money was refunded.   Leslie lost her phone, could not take gofundme page down.   Mr. Benvie did not get any monies.

PassW7


9:51 a.m. Cross examination W7, Mr. Benvie by Ms. Camacho      Mr. Benvie not a Border Patrol agent.   When encountering aliens announced U.S. Border Patrol.   Mr. Benvie states did not detain migrants.   Mr. Benvie told migrants what to do.   April 15,   Mr. Benvie stated Border patrol, what are you guys doing.   Mr. Benvie does not know if agent was behind Mr. Benvie, could not see him, but knew Border Patrol was near.   Border patrol in video arrived approximately 5 minutes after Mr. Benvie stopped immigrants.   Agent testified arrived on scene when siren sounded.   Before Border patrol arrived, asked questions, through interpreter for viewers.   Property owner asked if wanted to call Border Patrol.   Mr. Benvie stated no, not yet trying to get info.   Mr. Benvie wanted to ask questions before Border Patrol got there.   April 17th incident.   Mr. Benvie filming drive along the wall by himself.   Hunting for illegal crossings.   When saw group of immigrants Mr. Benvie told them to stop.   When Mr. Benvie stated Border Patrol,   Mr. Benvie shooting live video.   Mr. Benvie was attempting to tell group to sit down.   Reason stated Border Patrol, One word persons understood.   Mr. Benvie stated associated with Border Patrol, turned over number of

persons.  Given authority to tell immigrants to stop and sit down.  Some Border Patrol agents did not want to come in contact with UCP.  First arrived on border, end of February.  Self-proclaimed spoke person for group.  Promoting fact people needed to come volunteer along border.  Mr. Benvie posted many videos. March 7,  facebook live stream, captioned hunting illegals.  Press interview April.

Mr. Mondragon:  Objection, relevance.

Court:  Overruled

Interview with press in April, statement.  Reason some UCP members wore face masks.

Mr. Mondragon: Objection

Court: Overruled.

Live stream March 8, captioned two minors.  Two UCP wearing assault rifles and camouflage and asked them to stop.   Flashlights.   Mr. Benvie stated detained juveniles for Border Patrol.   March 15 live stream video, caption.   March 23, live stream video, caption.  Members of UCP wearing masks, carrying firearms, bulletproof vest.   March 30, video, three individuals walk into Liberty campground. April video, woman with child.  Video on Mount Cristo Ray, woman.  Border Patrol on bottom of hill. Mr. Benvie told UCP to hold woman, and do not let her leave.


10:29 a.m. Court excuses jury from courtroom.


Court – admonishes Mr. Benvie answer questions directly.


10:31 a.m. Court in recess, break.

10:50 a.m. Court in session, in the presence of the jury.


Continued Cross examination W7 Mr. Benvie by Ms. Camacho         Video on Mt Cristo Rey. Comment from viewer.  Turned immigrants over 20 minutes after encounter.  April 16, video.  Group wandered into Liberty camp.  April 19, video.   April 23, UCP left area because railroad instructed them to leave.   Mr. Benvie is independent journalist as hobby.

Mr. Mondragon: Objection

Court:  Sustained, strike question and answer.

Gofund me page.  Collecting monies for Child.  Leslie Cremeens worked for Mr. Benvie.  Goal was to raise $50,000.  Leslie did not have custody of Child.  Leslie was allowed supervised visitation.  Leslie

did not pay for medical expenses.   Mr. Benvie continued to raise money after Eric Cremeens ask him to stop.

Attempts on facebook, share link of gofundme.   One occasion store asked Mr. Benvie to leave at the request of father, Eric Cremeens.   Mr. Benvie upset at request.   Leslie Cremeens supervised visitation since 2013. Leslie Cremeens have not seen Child in two years.   Mr. Benvie has not met Child.   Mr. Benvie has not seen Leslie in over a year.   Mr. Benvie continue to raise money into 2018.   July 2, 2018, in Guthrie OK.   Mr. Benvie had banner and bucket.   Mr. Benvie possession of Rental Truck, rented for one day, had truck for 3 months.   Penske reported truck stolen.   1996 charge.

Mr. Mondragon: Objection.

Court: Overruled.

1996, stole checks from grandparents account.   Mr. Benvie believe he was source to border patrol.   Border patrol never asked UCP to do anything.   Trailer was put at Liberty campground by City of Sunland Park.

PassW7


11:17 p.m.   Re Direct examination W7, Mr. Benvie by Mr. Mondragon.   Border patrol permission, Mr. Benvie did not want to give names, reason.   Stand behind Border Patrol.   Live feed videos.   Never charged on those incidents. Mr. Benvie never wore mask or weapon. Cremeens, family law issue.   Nothing in order preventing raising money.   Bad checks in 1996.

PassW7

Court excuses W7


Mr. Mondragon – rest.

Ms. Camacho – no rebuttal.


11:25 a.m. Court releases jury for lunch.


Court – jury instructions.


11:26 a.m. Off record.

12:55 p.m. Court in session, out of the presence of the jury

Court: Government requested conjunctive and to or.   Indictment.

Mr. Mondragon:   Request track Indictment.

Mr. Castellano:   there is some authority, do not have it today.

Court:   Will have and as indicated in Indictment.

Mr. Castellano:   No other changes.   No objections to instructions.

Mr. Mondragon:   no objections as prepared by the Court.


Court:   Closing arguments, time.


1:03 p.m. Jury present in the courtroom.


Court:   Reads jury instructions


1:17 p.m. Closing arguments by Mr. Castellano.


1:37 p.m. Closing arguments by Mr. Mondragon


1:47 p.m. Rebuttal by Mr. Castellano


1:54 p.m.   Court reads remaining instructions.


Court - excuses alternate juror.


2:00 p.m. Jury released for deliberation.


3:30 p.m. Court in session, out of the presence of the jury.


Court:   Note from jury

Mr. Mondragon:   Object to response

Court: Response sent back to jury

3:38 p.m. Court in recess

3:53 p.m. Court in session, in the presence of the jury

Court:   Verdict of the jury        Count 1:   Guilty
                                     Count 2:   Guilty

Court polls jury

3:57 p.m. Court thanks jury for their service, Court releases jury.

3:59 p.m. Ms. Camacho – request defendant be taken into custody at this time.   Defendant has pending in OK, having possession of stolen vehicle.   Outstanding warrant out of Tennessee, extradition 500 miles. Defendant has been living at the halfway house in Albuquerque.

4:00 p.m. Mr. Mondragon -    request remain on same conditions, residing at the halfway house and is employed.

Ms. Camacho:   possible offense level, guideline range.
Mr. Mondragon:   possible offense level w/out enhancement.

Court:   Defendant will remain on conditions of release with the additional following conditions: Defendant is not to leave halfway house except for employment purposes, travel restriction to Bernalillo county with exception travel to Las Cruces for court appearances.

4:02 p.m. Court adjourned.



# EXHIBIT LIST

| United States of America vs James Christopher Benvie | | Case No. CR 19-01715 RB | |
|---|---|---|---|
| Plaintiff's Attorneys: Renee Camacho and Randy Castellano | Defendant's Attorneys: Orlando Mondragon | United States District Court District of New Mexico | |
| | | Trial Date(s): March 2-3, 2020 | |
| Presiding Judge: Robert C. Brack | Court Reporter: Vanessa Alyce | Courtroom Deputy: Jessica Chavez | |

| Govt No. | Deft No. | Date Offered | Off. | Obj. | Adm. | Description of Exhibits* |
|---|---|---|---|---|---|---|
| 1 | | 2/26/2020 | X | | X | Youtube video taken April 15, 2019 w/transcript |
| 2 | | 2/26/2020 | X | | X | Facebook video taken April 15, 2019 w/transcript |
| 3 | | 2/26/2020 | X | | X | Still shot photo of female and boy from Facebook video taken April 15, 2019 |
| 4 | | 2/26/2020 | X | | X | Still shot photo of female and two children from Facebook video taken April 15, 2019 |
| 5 | | 2/26/2020 | X | | X | Still shot of 16 year old male from Facebook video taken April 15, 2019 |
| 6 | | 2/26/2020 | X | | X | Still shot photo of back of female from Facebook video taken April 15. 2019 |
| 7 | | 2/26/2020 | X | | X | Still shot photo of Mr. Benvie from Facebook video taken April 15, 2019 |
| 8 | | 2/26/2020 | X | | X | Video at the wall taken April 17, 2019, w/transcript |
| 9 | | 2/26/2020 | X | | X | Still shot of photo of seven immigrants from video at the wall taken April 17,. 2019 |
| 10 | | 2/26/2020 | X | | X | Still shot photo of UPC member and truck from video at the wall taken April 17, 2019 |
| 11 | | 2/26/2020 | X | | X | Aerial photo of Anapra Bowl and Monument 1 area |
| 12 | | 2/26/2020 | X | | X | Aerial photo of Anapra Bowl and Monument 1 area |
| 13 | | 2/26/2020 | X | | X | Aerial photo of the NM, Texas and Mexico borders |
| 14 | | 2/26/2020 | X | | X | Aerial photo of the NM, Texas and Mexico borders |

*Includes a notation as to the location of any exhibit not held with the case file or not available because of size.

| Govt No. | Deft No. | Date Offered | Off. | Obj. | Adm. | Description of Exhibits* |
|---|---|---|---|---|---|---|
| 15 | | 2/26/2020 | X | | X | Aerial photo of the NM, Texas and Mexico borders and incident borders |
| 16 | | 2/26/2020 | X | | X | Aerial photo of the NM, Texas and Mexico borders and incident location |
| 17 | | 2/26/2020 | X | | X | Aerial photo of Anapra Bowl area |
| 18 | | 2/26/2020 | X | | X | Aerial photo of Anapra Bowl area and the incident location |
| 19 | | 2/26/2020 | X | | X | Photo of the wall leading to the Anapra area |
| 20 | | 2/26/2020 | X | | X | Photo of the Border fence and road leading to the Anapra Bowl area |
| 21 | | 2/26/2020 | X | | X | Photo of the border fence and Anapra Bowl area |
| 22 | | 2/26/2020 | X | | X | Photo of the Border fence and concrete barrier between the United States and Mexico border in the Anapra Bowl area |
| 23 | | 2/26/2020 | X | | X | Photo of the train tracks and Border fence in the Anapra Bowl area |
| 24 | | 2/26/2020 | X | | X | Photo of the Anapra Bowl and Border fence |
| 25 | | 2/26/2020 | X | | X | Photo of James Christopher Benvie displaying a Badge next to the Border Fence in the Anapra Bowl |
| 26 | | | | | | Email from Eric Cremeens' attorney, Lauren Brook, confronting James Benvie |
| 27 | | | | | | Pictures from GoFundMe page created by James Benvie, Pray for Ryan and his family |
| 28 | | | | | | Pictures from GoFundMe page created by James Benvie – Private Ryan |
| 29 | | | | | | Unsolicited messages for Eric Cremeens from his son's Facebook account regarding James Benvie |
| 30 | | 2/26/2020 | X | | X | Map showing New Mexico, Texas and Mexico borders |
| 31 | | 2/26/2020 | X | | X | Map showing wide view of New Mexico, Texas and Mexico borders |

*Includes a notation as to the location of any exhibit not held with the case file or not available because of size.

United States District Court
Western District
Exhibits Log: CR 19-1715RB
U.S. v James Benvie, 3/2/2020

*Released to Jury*

| EXHIBIT | DESCRIPTION |
| --- | --- |
| Gov-1 | YouTube video taken April 15 2019 synced with transcript |
| Gov-2 | Facebook video taken April 15 2019 synced with transcript |
| Gov-3 | Still shot photo of female and young boy from Facebook video taken April 15 2019 |
| Gov-4 | Still shot photo of female and two children from Facebook video taken April 15 2019 |
| Gov-5 | Still shot photo of 16-year-old male from Facebook video taken April 15 2019 |
| Gov-6 | Still shot photo of back of female from Facebook video taken April 15 2019 |
| Gov-7 | Still shot photo of Jim Benvie from Facebook video taken April 15 2019 |
| Gov-8 | Video at the wall taken April 17 2019 synced with transcript |
| Gov-9 | Still shot photo of seven immigrants from video at the wall taken April 17 2019 |
| Gov-10 | Still shot photo of UPC member and truck from video at the wall taken April 17 2019 |
| Gov-11 | Aerial photo of Anapra Bowl and Monument 1 areas |
| Gov-12 | Aerial photo of Anapra Bowl and Monument 1 areas |
| Gov-13 | Aerial Photo of New Mexico, Texas and Mexico borders |
| Gov-14 | Aerial photo of the New Mexico Texas and Mexico borders |
| Gov-15 | Aerial photo of the New Mexico Texas and Mexico borders and incident location |
| Gov-16 | Aerial photo of the New Mexico and Mexico borders and the Anapra Bowl area |
| Gov-17 | Aerial photo of the Anapra Bowl area |
| Gov-18 | Aerial photo of the Anapra Bowl and the incident location |
| Gov-19 | Photo of the wall leading to the Anapra area |
| Gov-20 | Photo of the Border fence and road leading to the Anapra Bowl area |
| Gov-21 | Photo of the Border fence and the Anapra Bowl area |
| Gov-22 | Photo of the Border fence and concrete barrier between the United States and Mexico border in the Anapra Bowl area |
| Gov-23 | Photo of the train tracks and Border fence in the Anapra Bowl area |
| Gov-24 | Photo of the Anapra Bowl and Border fence |
| Gov-25 | Photo of James Christopher Benvie displaying a Badge next to the Border fence in the Anapra Bowl area |
| Gov-30 | Map of New Mexico Texas and Mexico borders |
| Gov-31 | Map with wide view of New Mexico Texas and Mexico borders |