IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

MAR -3 2020

**MITCHELL R. ELFERS
CLERK OF COURT**

UNITES STATES OF AMERICA,

    Plaintiff,

vs.                                                                                  Case No. CR 19-1715 RB

JAMES CHRISTOPHER BENVIE ,

    Defendant.

## JURY TRIAL QUESTIONS SUBMITTED BY JURORS

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                             NO. CR 19-1715 RB

JAMES CHRISTOPHER BENVIE,

    Defendant (s),

### NOTE FROM THE JURY

YOUR HONOR,

Is it the same, under the definition of the law, that "U.S. Border Patrol" and "Border Patrol" carry the same weight?

"US Border Patrol" and "Border Patrol" are synonymous, both referring to the same federal agency.

J. [signature]

3:35 pm

Dated at Las Cruces on 3/3/2020    Time: 3:19 pm

SIGNATURE OF FOREPERSON

#23

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                                                         NO. CR 19-1715 RB

JAMES CHRISTOPHER BENVIE,

    Defendant(s),

### NOTE FROM THE JURY

YOUR HONOR,

We have reached a verdict in this case.

Dated at Las Cruces on 3/3/2020    Time: 3:45pm

SIGNATURE OF FOREPERSON