IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO
MAR -3 2020
MITCHELL R. ELFERS
CLERK OF COURT

UNITED STATES OF AMERICA, )
        Plaintiff, )
v. )
         ) No. 2:19-cr-01715-RB-1
JAMES CHRISTOPHER BENVIE, )
        Defendant. )

## VERDICT

### COUNT 1

1. **WE, THE JURY**, find the defendant, **JAMES CHRISTOPHER BENVIE**, _Guilty_ (Guilty/Not Guilty) of false personation of an officer or employee of the United States, as charged in Count 1 of the indictment.

### COUNT 2

2. **WE, THE JURY**, find the defendant, **JAMES CHRISTOPHER BENVIE**, _Guilty_ (Guilty/Not Guilty) of false personation of an officer or employee of the United States, as charged in Count 2 of the indictment.

**DATED** this 3rd day of March, 2020.

[signature redacted]
FOREPERSON