IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

MAR -3 2020

MITCHELL R. ELFERS
CLERK OF COURT

UNITED STATES OF AMERICA,

Plaintiffs,

vs.

Cr. No. 19-1715 RB

JAMES CHRISTOPHER BENVIE

Defendant.

## RECEIPT OF EXHIBITS – JURY TRIAL

### EXHIBIT LIST

| United States of America vs James Christopher Benvie | | Case No. CR 19-01715 RB |
|---|---|---|
| Plaintiff's Attorneys: Renee Camacho and Randy Castellano | Defendant's Attorneys: Orlando Mondragon | United States District Court District of New Mexico |
| | | Trial Date(s): March 2-3, 2020 |
| Presiding Judge: Robert C. Brack | Court Reporter: Vanessa Alyce | Courtroom Deputy: Jessica Chavez |

| Govt No. | Deft No. | Date Offered | Off. | Obj. | Adm. | Description of Exhibits* |
|---|---|---|---|---|---|---|
| 1 | | 2/26/2020 | X | | X | Youtube video taken April 15, 2019 w/transcript |
| 2 | | 2/26/2020 | X | | X | Facebook video taken April 15, 2019 w/transcript |
| 3 | | 2/26/2020 | X | | X | Still shot photo of female and boy from Facebook video taken April 15, 2019 |
| 4 | | 2/26/2020 | X | | X | Still shot photo of female and two children from Facebook video taken April 15, 2019 |
| 5 | | 2/26/2020 | X | | X | Still shot of 16 year old male from Facebook video taken April 15, 2019 |
| 6 | | 2/26/2020 | X | | X | Still shot photo of back of female from Facebook video taken April 15. 2019 |
| 7 | | 2/26/2020 | X | | X | Still shot photo of Mr. Benvie from Facebook video taken April 15, 2019 |
| 8 | | 2/26/2020 | X | | X | Video at the wall taken April 17, 2019, w/transcript |

*Includes a notation as to the location of any exhibit not held with the case file or not available because of size.

| *Govt No. | Deft No. | Date Offered | Off. | Obj. | Adm. | Description of Exhibits* |
|---|---|---|---|---|---|---|
| 9 | | 2/26/2020 | X | | X | Still shot of photo of seven immigrants from video at the wall taken April 17,. 2019 |
| 10 | | 2/26/2020 | X | | X | Still shot photo of UPC member and truck from video at the wall taken April 17, 2019 |
| 11 | | 2/26/2020 | X | | X | Aerial photo of Anapra Bowl and Monument 1 area |
| 12 | | 2/26/2020 | X | | X | Aerial photo of Anapra Bowl and Monument 1 area |
| 13 | | 2/26/2020 | X | | X | Aerial photo of the NM, Texas and Mexico borders |
| 14 | | 2/26/2020 | X | | X | Aerial photo of the NM, Texas and Mexico borders |
| 15 | | 2/26/2020 | X | | X | Aerial photo of the NM, Texas and Mexico borders and incident borders |
| 16 | | 2/26/2020 | X | | X | Aerial photo of the NM, Texas and Mexico borders and incident location |
| 17 | | 2/26/2020 | X | | X | Aerial photo of Anapra Bowl area |
| 18 | | 2/26/2020 | X | | X | Aerial photo of Anapra Bowl area and the incident location |
| 19 | | 2/26/2020 | X | | X | Photo of the wall leading to the Anapra area |
| 20 | | 2/26/2020 | X | | X | Photo of the Border fence and road leading to the Anapra Bowl area |
| 21 | | 2/26/2020 | X | | X | Photo of the border fence and Anapra Bowl area |
| 22 | | 2/26/2020 | X | | X | Photo of the Border fence and concrete barrier between the United States and Mexico border in the Anapra Bowl area |
| 23 | | 2/26/2020 | X | | X | Photo of the train tracks and Border fence in the Anapra Bowl area |
| 24 | | 2/26/2020 | X | | X | Photo of the Anapra Bowl and Border fence |
| 25 | | 2/26/2020 | X | | X | Photo of James Christopher Benvie displaying a Badge next to the Border Fence in the Anapra Bowl |

*Includes a notation as to the location of any exhibit not held with the case file or not available because of size.

| Govt No. | Deft No. | Date Offered | Off. | Obj. | Adm. | Description of Exhibits* |
|---|---|---|---|---|---|---|
| 26 | | | | | | Email from Eric Cremeens' attorney, Lauren Brook, confronting James Benvie |
| 27 | | | | | | Pictures from GoFundMe page created by James Benvie, Pray for Ryan and his family |
| 28 | | | | | | Pictures from GoFundMe page created by James Benvie – Private Ryan |
| 29 | | | | | | Unsolicited messages for Eric Cremeens from his son's Facebook account regarding James Benvie |
| 30 | | 2/26/2020 | X | | X | Map showing New Mexico, Texas and Mexico borders |
| 31 | | 2/26/2020 | X | | X | Map showing wide view of New Mexico, Texas and Mexico borders |

RECEIVED BY:

*[signature]*

RENEE CAMACHO AND
RANDY CASTELLANO
COUNSEL FOR THE GOVERNMENT

DATE RECEIVED: 3/3/2020

RECEIVED BY:

_____

ORLANDO MONDRAGON

COUNSEL FOR THE DEFENSE

DATE RECEIVED:_____

*[signature]*

LAW CLERK OR COURTROOM DEPUTY CLERK

***By signing this document, counsel indicate his/her agreement that, should there be an appeal, s/he shall be responsible for producing the above-mentioned exhibits, if required, for an appellate record.

*Includes a notation as to the location of any exhibit not held with the case file or not available because of size.