## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                  Case No.CR 19-1715 RB

JAMES CHRISTOPHER BENVIE,

        Defendant.

## O R D E R

THIS MATTER having come before the Court, *sua sponte,* as the result of the defendant, James Christopher Benvie, being found guilty at trial, the Court hereby modifies the conditions of release imposed on June 28, 2019, as follows:

1.  Defendant is restricted to residing at La Posada Halfway House, Albuquerque, NM, and is authorized release for employment purposes only.

2.  Travel is restricted within Bernalillo County, NM, with the exception of direct travel to Dona Ana County, NM, for court hearings.

IT IS ORDERED that all other previously imposed conditions shall remain in full force and effect.

_____
Robert C. Brack
Senior United States District Judge