PS8
(8/88)

# UNITED STATES DISTRICT COURT
## for
## NEW MEXICO

U.S.A. vs **James Christopher Benvie**          Docket No. 2:19-CR-01715-RB-1

Petition for Action on Conditions of Pretrial Release

COMES NOW **Anthony L. Carter** PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of **James Christopher Benvie** who was placed under pretrial release supervision by the Honorable Shon T. Erwin, United States Magistrate Judge, sitting in the court at **Oklahoma City, Oklahoma**, on June 25, 2019, with conditions which included the following:

1. (7)(j): The defendant must maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

2. The defendant is restricted to residing at La Pasada Halfway House, Albuquerque, New Mexico, and is authorized release for employment purposes only.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
On August 3, 2020, Pretrial Services received a phone call from Daryl Agnes, La Pasada Halfway House Program Director, regarding the conduct of the defendant. On August 2, 2020, the defendant finished working at approximately 5:00 p.m. but did not return to the La Pasada Halfway House until approximately 1:00 a.m. The defendant did not obtain permission to remain absent from the facility. As a result, the La Pasada Halfway House advised they will no longer allow the defendant to reside at the facility.

PRAYING THAT THE COURT WILL ORDER A WARRANT FOR THE DEFENDANT'S ARREST

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: **August 6, 2020**

*(signature)*

Anthony L. Carter
United States Probation Officer

Place; **Albuquerque, New Mexico**