AO 442 (Rev: 08/14) Arrest Warrant

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

## UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

AUG 1 3 2020

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) |
| James Christopher Benvie | ) |
| *Defendant* | ) |

MITCHELL R. ELFERS
CLERK

Case No. 1084 2:19-CR-01715-RB-1

### ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay, James Christopher Benvie, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☒ Order of the Court

This offense is briefly described as follows:

The La Pasada Halfway House, in Albuquerque, New Mexico, advised that the defendant will no longer be permitted to reside at the facility due to violating program rules.

Date: 8/6/2020

City and state: Las Cruces NM

*Issuing Officer's signature*

MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

| Return |
|---|
| This warrant was received on ( date ) 7AUG 2020 , and the person was arrested on ( date ) 10AUG 2020 at ( city and state ) Albuquerque NM . |
| Date: 10 AUG 2020 |

*Arresting officer's signature*

PATRICK WIEGLES, SPECIAL AGENT
*Printed name and title*   FBI