IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

AUG 19 2020

MITCHELL R. ELFERS
CLERK OF COURT

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. CR 19-1715 RB

JAMES CHRISTOPHER BENVIE,

    Defendant.

## O R D E R

**THIS MATTER** comes before the Court on a Petition for Action on Conditions of Release, filed August 6, 2020. (Doc. 60). The Court, having considered the parties' arguments and having reviewed the record, and being otherwise fully advised, hereby

    **FINDS,** for the reasons stated on the record, that Mr. Benvie violated his Conditions of Release.

    **IT IS THEREFORE ORDERED** that defendant's Conditions of Release previously set on 6/28/2019 and modified on 3/4/2020 are hereby **REVOKED**.

    **IT IS FURTHER ORDERED** that the defendant, James Christopher Benvie, remain in the custody of the United States Marshal pending further order of the Court.

_____
ROBERT C. BRACK
Senior U.S. District Judge