## UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff-Appellee, )<br>)<br>v. )<br>)<br>JAMES CHRISTOPHER BENVIE, )<br>)<br>Defendant-Appellant. )<br>) | Case No. 19-CR-01715-001-RB |

**NOTICE OF APPEAL**

Notice is hereby given that JAMES CHRISTOPHER BENVIE, in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment rendered in this action on October 15, 2020 and entered October 16, 2020.

>  */s/Orlando Mondragon*
> Orlando Mondragon
> Attorney for Daniel Lowell
> Bar No.:   21803
> 1028 Rio Grande
> El Paso, Texas   79902
> Tel: (915) 566-8181
> Fax: (915) 566-9696

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of October 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsels of record in this cause.

/s/ Orlando Mondragon
Attorney for James Christopher Benvie